```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| J. PAUL OTTIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3251 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD MAGEDSON, an individual, XCENTRIC VENTURES, LLC, WWW.RIPOFFREPORT.COM, WWW.BADBUSINESSBUREAU.COM, and DOES 1-10, inclusive, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff initiated this lawsuit by filing his complaint on October 18, 2007. More than 120 days have passed since this lawsuit was filed, yet the plaintiff has filed no proof of service as required under Federal Rule of Civil Procedure 4(l), and there has been no entry of appearance or filing made on behalf of any named defendant.

IT THEREFORE HEREBY IS ORDERED: The plaintiff is given until March 14, 2008 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

DATED this 26th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge