IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. PAUL OTTIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3251 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD MAGEDSON, an individual, | ) | MEMORANDUM AND ORDER |
| XCENTRIC VENTURES, LLC, | ) | |
| WWW.RIPOFFREPORT.COM, | ) | |
| WWW.BADBUSINESSBUREAU.COM, | ) | |
| and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

On February 26, 2008, United States Magistrate Judge David L. Piester filed a memorandum and order noting that "[m]ore that 120 days have passed since this lawsuit was filed, yet the plaintiff has filed no proof of service as required under Federal Rule of Civil Procedure 4(l), and there has been no entry of appearance or filing made on behalf of any named defendant." (See filing 6.) The magistrate judge ordered that "[t]he plaintiff is given until March 14, 2008, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution." (Id.)

The deadline established by the magistrate judge has passed, and the plaintiff not shown good cause for his failure to serve the defendants in good time.

**IT IS THEREFORE ORDERED** that the plaintiff's claims against the defendants are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Dated March 26, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge